**Fill in this information to identify the case:**

Debtor name: Lutheran Life Communities

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01709

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Charles Schwab | Investment Account | 7406 | $2,485,929.61 |
| 3.2 | Mission Investment Fund | Investment Account | 8970 | $1,699,872.65 |
| 3.3 | Old National Bank | Insurance Fund Account | 5924 | $70,180.60 |
| 3.4 | Old National Bank | Investment Account | 2114 | $39,155.27 |
| 3.5 | Old National Bank | Operating Account | 5890 | $14,090.70 |
| 3.6 | Old National Bank | Payroll Account | 5916 | $0.00 |
| 3.7 | Old National Bank | Payroll Operating Account - wire account | 5908 | $1,155.87 |

| 3.8 | | | | |
|---|---|---|---|---|
| | Wintrust | Investment Account - Money Market | 9816 | $3,020,382.63 |
| 3.9 | | | | |
| | Wintrust | Operating Account | 2755 | $2,448,518.06 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $9,779,285.39

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| **7. Deposits, including security deposits and utility deposits** | | |
| Description, including name of holder of deposit | | |
| 7.1 | | $0.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| Description, including name of holder of prepayment | | |
| 8.1 | Arthur J. Gallagher Risk Management Services, LLC - Prepaid Insurance | $17,186.17 |
| 8.2 | Caring Communities - Prepaid Insurance | $3,489.33 |
| 8.3 | CR Improvements LLC - Trade Prepayment | $2,620.00 |
| 8.4 | EasyAcess - Trade Prepayment | $4,000.00 |
| 8.5 | GCG Risk Management - Prepaid Insurance | $105,016.70 |
| 8.6 | Intellitec Solutions, LLC - Trade Prepayment | $24,140.00 |
| 8.7 | Lifestar Creative - Trade Prepayment | $3,350.07 |
| 8.8 | Lutheran Services in America - Trade Prepayment | $8,243.75 |
| 8.9 | Netrix - Trade Prepayment | $26,666.67 |
| 8.10 | Open Sesame - Trade Prepayment | $1,782.85 |

| 8.11 | Relias - Trade Prepayment | $20,906.14 |
|---|---|---|
| 8.12 | Salary.com - Trade Prepayment | $6,743.75 |
| 8.13 | Salesforce, Inc. - Trade Prepayment | $11,211.63 |
| 8.14 | Summit - Prepaid Workers' Compensation | $360,711.00 |
| 8.15 | The Lincoln National Life Insurance Co - Trade Prepayment | $924.44 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$596,992.50

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➔ | $0.00 |
| 11b. | Over 90 days old: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➔ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:        % of ownership:

| 15.1 | | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                 $0.00

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

19.1                                                                                $0.00

**20. Work in progress**

20.1                                                                                $0.00

**21. Finished goods, including goods held for resale**

21.1                                                                                $0.00

**22. Other inventory or supplies**

22.1                                                                                $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                 $0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

28.1 _____ _____ _____ $0.00

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____ _____ _____ $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____ _____ _____ $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____ _____ _____ $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____ _____ _____ $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1
Furniture and Furishings (Net) — $26,063.00 — Net Book Value — $26,063.00

**40. Office fixtures**

40.1
See Schedule A/B Question 39 — — — $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1
IT Equipment and Software (Net) — $497,675.00 — Net Book Value — $497,675.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1
— — — $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                   $523,738.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1
— — — $0.00

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1
— — — $0.00

**49. Aircraft and accessories**

49.1 $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | | | |
|---|---|---|---|
| Building Equipment (Net) | $3,858.00 | Net Book Value | $3,858.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $3,858.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>3150 Salt Creek Lane, Arlington Heights, IL 60005 | Owned | N/A | N/A | $0.00 |
| 55.2<br>800 West Oakton Street, Arlington Heights, IL 60004 | Owned | N/A | N/A | $0.00 |
| 55.3<br>Building Improvements (Net) | N/A | $642,828.00 | Net Book Value | $642,828.00 |
| 55.4<br>Buildings (Net) | N/A | $1,145,692.00 | Net Book Value | $1,145,692.00 |
| 55.5<br>Construction in Process (Net) | N/A | $43,250.00 | Net Book Value | $43,250.00 |
| 55.6<br>Land (Net) | N/A | $1,000,000.00 | Net Book Value | $1,000,000.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.    $2,831,770.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 HelloLLC.org | Undetermined | N/A | Undetermined |
| 61.2 LutheranLifeCT.org | Undetermined | N/A | Undetermined |
| 61.3 LutheranLifeEvents.org | Undetermined | N/A | Undetermined |
| 61.4 LutheranLifeLiving.org | Undetermined | N/A | Undetermined |
| 61.5 MeetLutheranHome.org | Undetermined | N/A | Undetermined |
| 61.6 MeetLutheranLife.org | Undetermined | N/A | Undetermined |
| 61.7 VisitLutheranLife.org | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

**65. Goodwill**

65.1                                                                                                                   $0.00

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                                                    $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1                                                                                                                   $0.00
        total face amount       -    doubtful or uncollectible
                                     amount                    =  →

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1                                                         Tax year                                                 $0.00

**73. Interests in insurance policies or annuities**

73.1
     Interest in Senior Services Organization Professional Liability Policy              Undetermined

73.2
     Interest in Commercial General Liability Policy                                     Undetermined

73.3
     Interest in Employee Benefit Program Policy                                         Undetermined

73.4
     Interest in Fiduciary Liability Policy                                              Undetermined

73.5
     Interest in Employment Practices Liability Policy                                   Undetermined

73.6
     Interest in Directors and Officers Policy                                           Undetermined

| | | |
|---|---|---|
| 73.7 | Interest in Executive Lines Excess Insurance Policy Policy | Undetermined |
| 73.8 | Interest in Excess Insurance Policy Policy | Undetermined |
| 73.9 | Interest in Property Policy | Undetermined |
| 73.10 | Interest in Auto Policy | Undetermined |
| 73.11 | Interest in Crime Policy | Undetermined |
| 73.12 | Interest in ERISA Fidelity Bond Policy | Undetermined |
| 73.13 | Interest in Workers Comp Policy | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1                                                                                                           $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1                                                                                                           $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1                                                                                                           $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | | |
|---|---|---|
| 77.1 | Intercompany Receivable from Luther Oaks, Inc. | $381,890.00 |
| 77.2 | Intercompany Receivable from Pleasant View Luther Home, Inc. | $367,840.00 |
| 77.3 | Intercompany Receivable from Wittenberg Lutheran Village Endowment Corporation | $215,680.00 |
| 77.4 | Intercompany Receivable from Wittenberg Lutheran Village, Inc. | $172.00 |
| 77.5 | Intercompany Receivable from WLV Major | $839,024.00 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                                           $1,804,606.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $9,779,285.39 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $596,992.50 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $523,738.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $3,858.00 | |
| **88. Real property.** Copy line 56, Part 9. | ➔ | $2,831,770.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $1,804,606.00 | |
| **91. Total.** Add lines 80 through 90 for each column   91a. | $12,708,479.89 | 91b.   $2,831,770.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $15,540,249.89 |

**Fill in this information to identify the case:**

Debtor name: Lutheran Life Communities

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01709

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | MISSION INVESTMENT FUND OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA<br>ATTN: CAROLYN GERGITS<br>8765 W. HIGGINS RD<br>CHICAGO, IL 60631<br><br>**Date debt was incurred?**<br>12/16/2019<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to the lien:**<br><br>**Describe the lien**<br>UCC Lien No. 025034538<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Undetermined | Undetermined |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $0.00

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| Fill in this information to identify the case: |
|---|
| Debtor name: Lutheran Life Communities |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number: 25-01709 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

| INTERNAL REVENUE SERVICE<br>230 S DEARBORN ST<br>CHICAGO, IL 60604 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined | Undetermined |
|---|---|---|---|
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( **8** ) | | | |

**2.2**

| ILLINOIS DEPT OF REVENUE (IDOR)<br>ATTN: TAX DEPARTMENT<br>101 W JEFFERSON ST<br>SPRINGFIELD, IL 62702 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined | Undetermined |
|---|---|---|---|
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>Tax Claim | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( **8** ) | | | |

**2.3**

VILLAGE OF ARLINGTON HEIGHTS
ATTN: TAX DEPARTMENT
33 S ARLINGTON HEIGHTS RD
ARLINGTON HEIGHTS, IL 60005

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

**2.4**

COOK COUNTY PROPERTY TAX
118 N CLARK ST
3RD FL
CHICAGO, IL 60602

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

See Schedule F Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$196,491.10

Debtor  Lutheran Life Communities  
     Name

Case number *(if known)* 25-01709

Case 25-01709    Doc 8    Filed 03/08/25    Entered 03/08/25 09:43:37    Desc Main
Document      Page 16 of 20

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____<br>☐ Not listed. Explain | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $196,491.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $196,491.10 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.001 | ADVENT SYSTEMS, INC. | 435 W FULLERTON AVENUE | | | | ELMHURST | IL | 60126 | 12/11/2020 | | Uncashed Check No. 5557 | | | | No | $6,984.00 |
| 3.002 | ANDERSON PEST SOLUTIONS | PO BOX 740608 | | | | CINCINNATI | OH | 45274-0608 | 1/30/2025 | | Uncashed Check No. 1273 | | | | No | $124.63 |
| 3.003 | ASANI ENTERPRISES | 1035 MEGHAN AVE. | | | | ALGONQUIN | IL | 60102 | Undetermined | | Trade Claim | | | | No | $2,465.00 |
| 3.004 | AVALON HEALTH CARE MANAGEMENT INC | 206 NORTH 2100 WEST | | | | SALT LAKE CITY | UT | 84116 | Undetermined | | Trade Claim | | | | No | $1,400.00 |
| 3.005 | BRILLIANT SOURCE ENERGY | 46 FRONT STREET | | | | BEREA | OH | 44017 | 1/30/2025 | | Uncashed Check No. 1274 | | | | No | $100.00 |
| 3.006 | CBSI | 1908 N DALE LN | | | | SPOKANE VALLEY | WA | 99212 | Undetermined | | Trade Claim | | | | No | $1,620.00 |
| 3.007 | COOK, BRENDA | ADDRESS ON FILE | | | | | | | 08/06/2021 | | Uncashed Check No. 6183 | | | | No | $30.78 |
| 3.008 | CRITICAL HVAC SYSTEMS LLC | ATTN: LEGAL DEPT | 5400 NEWPORT DR | STE 1 | | ROLLING MEADOWS | IL | 60008 | Undetermined | | Trade Claim | | | | No | $6,190.10 |
| 3.009 | RESIDENT 1219 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.010 | ECOLAB | PO BOX 70343 | | | | CHICAGO | IL | 60673 | Undetermined | | Trade Claim | | | | No | $142.09 |
| 3.011 | ECOLAB | PO BOX 70343 | | | | CHICAGO | IL | 60673 | 1/30/2025 | | Uncashed Check No. 1275 | | | | No | $657.94 |
| 3.012 | FEDERAL EXPRESS CORP. | 942 SOUTH SHADY GROVE ROAD | | | | MEMPHIS | TN | 38120 | 09/11/2020 | | Uncashed Check No. 5338 | | | | No | $25.65 |
| 3.013 | FEDEX | PO BOX 94515 | | | | PALATINE | IL | 60094 | Undetermined | | Trade Claim | | | | No | $13.50 |
| 3.014 | FRANCHI, SHANNON | ADDRESS ON FILE | | | | | | | 01/28/2022 | | Uncashed Check No. 6709 | | | | No | $310.69 |
| 3.015 | FURTHER TECHNOLOGY LLC | PO BOX 25411 | | | | NEW YORK | NY | 10087 | Undetermined | | Trade Claim | | | | No | $1,260.00 |
| 3.016 | GRANITE TELECOMMUNICATIONS LLC | PO BOX 830103 | | | | PHILADELPHIA | PA | 19182 | Undetermined | | Trade Claim | | | | No | $354.63 |
| 3.017 | RESIDENT 1220 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.018 | HENDRICKS, JIM | ADDRESS ON FILE | | | | | | | 01/26/2023 | | Uncashed Check No. 8006 | | | | No | $1,967.72 |
| 3.019 | HEWLETT PACKARD FINANCIAL SERVICES | PO BOX 402582 | | | | ATLANTA | GA | 30384 | 1/23/2025 | | Uncashed Check No. 1260 | | | | No | $245.27 |
| 3.020 | RESIDENT 1221 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.021 | ISOLVED BENEFIT SERVICES | ATTN: FINANCE DEPARTMENT | PO BOX 889 | | | COLDWATER | MI | 49036-0889 | 10/01/2021 | | Uncashed Check No. 6356 | | | | No | $60.00 |
| 3.022 | JOHNSON CONTROLS SECURITY SOLUTIONS | PO BOX 371967 | | | | PITTSBURGH | PA | 15250 | Undetermined | | Trade Claim | | | | No | $235.43 |
| 3.023 | K&M PRINTING CO. | ATTN: LEGAL DEPT | 1410 N MEACHAM RD | | | SCHAUMBURG | IL | 60173 | Undetermined | | Trade Claim | | | | No | $140.00 |
| 3.024 | LANSDALE GROUP | 1750 TYSONS BOULEVARD | SUITE 1500 | | | MCLEAN | VA | 22102 | 1/30/2025 | | Uncashed Check No. 1276 | | | | No | $165.00 |
| 3.025 | LUTHERAN COMMUNITY SERVICES FOR THE AGED, INC. | 800 WEST OAKTON STREET | | | | ARLINGTON HEIGHTS | IL | 60004 | Undetermined | | Intercompany Payable | | | | No | $127,083.00 |
| 3.026 | LUTHERAN LIFE COMMUNITIES FOUNDATION | 800 WEST OAKTON STREET | | | | ARLINGTON HEIGHTS | IL | 60004 | Undetermined | | Intercompany Payable | | | | No | $22,980.00 |
| 3.027 | MARKETPLACE CHAPLAINS | 2001 W PLANO PARKWAY | SUITE 3200 | | | PLANO | TX | 75075 | Undetermined | | Trade Claim | | | | No | $242.25 |
| 3.028 | NETSMART TECHNOLOGIES INC | PO BOX 713519 | | | | PHILADELPHIA | PA | 19171 | Undetermined | | Trade Claim | | | | No | $357.00 |
| 3.029 | ONEAMERICA | 230 PARK AVENUE | | | | NEW YORK | NY | 10169 | 10/05/2023 | | Uncashed Check No. 8761 | | | | No | $400.00 |
| 3.030 | RESIDENT 1222 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | No | Undetermined |
| 3.031 | PROCARE HR CORPORATION II | 401 N 3RD ST | SUITE 600 | | | MINNEAPOLIS | MN | 55401 | 1/30/2025 | | Uncashed Check No. 1272 | | | | No | $9,815.00 |
| 3.032 | ROLF GOFFMAN MARTIN LANG LLP | 31105 BAINBRIDGE RD | SUITE 4 | | | CLEVELAND | OH | 44139 | 1/23/2025 | | Uncashed Check No. 1266 | | | | No | $241.00 |
| 3.033 | SEAN HUDSON | ADDRESS ON FILE | | | | | | | 03/23/2023 | | Uncashed Check No. 8230 | | | | No | $5,000.00 |
| 3.034 | SMARTSHEET INC | PO BOX 7410971 | | | | CHICAGO | IL | 60674 | 1/23/2025 | | Uncashed Check No. 1267 | | | | No | $3,249.00 |
| 3.035 | STAPLES ADVANTAGE | PO BOX 660409 | | | | DALLAS | TX | 75266 | Undetermined | | Trade Claim | | | | No | $207.20 |
| 3.036 | STEPHANIE VIANE | ADDRESS ON FILE | | | | | | | 11/04/2022 | | Uncashed Check No. 7727 | | | | No | $135.95 |
| 3.037 | VANGUARD ARCHIVES | PO BOX 807 | | | | BENSENVILLE | IL | 60106 | Undetermined | | Trade Claim | | | | No | $428.22 |
| 3.038 | VANGUARD ARCHIVES | PO BOX 807 | | | | BENSENVILLE | IL | 60106 | 1/23/2025 | | Uncashed Check No. 1269 | | | | No | $237.05 |
| 3.039 | WINTER SERVICES | PO BOX 85284 | | | | CHICAGO | IL | 60005 | Undetermined | | Trade Claim | | | | No | $825.00 |
| 3.040 | ZHP CAPITAL | DAVID B JOHNSON | 682 SKYE LANE | | | INVERNESS | IL | 60010 | Undetermined | | Trade Claim | | | | No | $798.00 |
| | | | | | | | | | | | | | | | Total | $196,491.10 |

| Fill in this information to identify the case: |
|---|
| Debtor name: Lutheran Life Communities |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number: 25-01709 |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | MASTER TERMS AGREEMENT | Undetermined | | 3RD PLUS/ 3RDTHIRD MARKETING | 811 1ST AVENUE | SUITE 320 | | SEATTLE | WA | 98104 | |
| 2.002 | BUDGET SCHEDULE FOR FULL AGREEMENT | Undetermined | | 3RDTHIRD MARKETING | ATTN: DON WARFIELD & CYNTHIA THURLOW | 811 FIRST AVE | SUITE 360 | SEATTLE | WA | 98104 | |
| 2.003 | CONTROL AGREEMENT | Undetermined | | ABDUL SHAKOOR | ADDRESS ON FILE | | | | | | |
| 2.004 | RETENTION AGREEMENT | Undetermined | | ABDUL SHAKOOR | ADDRESS ON FILE | | | | | | |
| 2.005 | BUSINESS ASSOCIATE AGREEMENT | Undetermined | | ACCUSHIELD, LLC | ATTN: COO | 2030 POWERS FERRY RD. SE | SUITE 360 | ATLANTA | GA | 30339 | |
| 2.006 | LEASE AND SERVICE AGREEMENT | Undetermined | | ADAM'S SPECIALTY PRODUCTS, LLC | 7260 COMMERCE PLAZA DRIVE | | | NEENAH | WI | 54956 | |
| 2.007 | CONTROL AGREEMENT | Undetermined | | AMY LACROIX | ADDRESS ON FILE | | | | | | |
| 2.008 | RETENTION AGREEMENT | Undetermined | | AMY LACROIX | ADDRESS ON FILE | | | | | | |
| 2.009 | RETENTION AGREEMENT | Undetermined | | ANEL KULASIC | ADDRESS ON FILE | | | | | | |
| 2.010 | SERVICES AGREEMENT | Undetermined | | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | ONE VERIZON WAY | | | BASKING RIDGE | NJ | 07920 | |
| 2.011 | CISCO ENTERPRISE AGREEMENT PROGRAM TERMS AND CONDITIONS FOR END USERS | Undetermined | | CISCO SYSTEMS, INC. | 170 W TASMAN DR | | | SAN JOSE | CA | 95134 | |
| 2.012 | AGREEMENT | 110 Days | | COMCAST BUSINESS | PO BOX 4089 | | | CAROL STREAM | IL | 60197 | |
| 2.013 | GENERAL SERVICE AGREEMENT AND BUSINESS ASSOCIATE AGREEMENT | 145 Days | | CORTEX HEALTH INC. | 50 W BROADWAY STE 333 | PMB 20819 | | SALT LAKE CITY | UT | 84101 | |
| 2.014 | CONTROL AGREEMENT | Undetermined | | DAN NOONAN | ADDRESS ON FILE | | | | | | |
| 2.015 | RETENTION AGREEMENT | Undetermined | | DAN NOONAN | ADDRESS ON FILE | | | | | | |
| 2.016 | MASTER CUSTOMER RELATIONSHIP AGREEMENT | 304 Days | | DIRECT SUPPLY, INC | ATTN: LEGAL AFFRAIRS | 7301 W. CHAMPION WAY | | MILWAUKEE | WI | 53223 | |
| 2.017 | RETENTION AGREEMENT | Undetermined | | HUI MENG | ADDRESS ON FILE | | | | | | |
| 2.018 | RETENTION AGREEMENT | Undetermined | | JENNIFER BEBINGER | ADDRESS ON FILE | | | | | | |
| 2.019 | RETENTION AGREEMENT | Undetermined | | JENNIFER DARNELL | ADDRESS ON FILE | | | | | | |
| 2.020 | RETENTION AGREEMENT | Undetermined | | JOE ANDERSON | ADDRESS ON FILE | | | | | | |
| 2.021 | RETENTION AGREEMENT | Undetermined | | JOE CALABRESE | ADDRESS ON FILE | | | | | | |
| 2.022 | PROFESSIONAL SERVICES AGREEMENT | Undetermined | | MARILYN BORKGREN | ADDRESS ON FILE | | | | | | |
| 2.023 | PRODUCT SUPPLY AGREEMENT | 850 Days | | MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC. | 9954 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | |
| 2.024 | AGREEMENT | Undetermined | | NASDAQ CORPORATE SOLUTIONS, LLC | 151 WEST 42ND STREET | | | NEW YORK | NY | 10036 | |
| 2.025 | MASTER PURCHASE AND LICENSING AGREEMENT | 303 Days | | NEVER 2 LATE, LLC & LIFELOOP, LLC | 5889 S. GREENWOOD PLAZA BLVD | | | GREENWOOD VILLAGE | CO | 80111 | |
| 2.026 | SERVICES AGREEMENT | 374 Days | | NIMBELLO | 7321 HERITAGE SQUARE | | | GRANGER | IN | 46530 | |
| 2.027 | MASTER SERVICES AGREEMENT | 873 Days | | ONENECK IT SOLUTIONS LLC | 8401 GREENWAY BLVD | | | MIDDLETON | WI | 53562 | |
| 2.028 | AMENDMENT TO PHARMACY SERVICES AGREEMENT | Undetermined | | PHARMACY CORPORATION OF AMERICA DBA PHARMERICA | ATTN: CONTRACTING | 805 N. WHITTINGTON PARKWAY | | LOUISVILLE | KY | 40222 | |
| 2.029 | PHARMACY SERVICES AGREEMENT | 362 Days | | PHARMACY CORPORATION OF AMERICA DBA PHARMERICA | ATTN: CONTRACTING | 805 N. WHITTINGTON PARKWAY | | LOUISVILLE | KY | 40222 | |
| 2.030 | PROFESSIONAL SERVICES AGREEMENT | Undetermined | | PLANTE & MORAN, PLLC | 1111 SUPERIOR AVE | SUITE 1250 | | CLEVELAND | OH | 44114 | |
| 2.031 | IT MANAGED SERVICES AGREEMENT | 699 Days | | PRELUDE SYSTEMS, INC. | 5095 RITTER ROAD | SUITE 112 | | MECHANICSBURG | PA | 17055 | |
| 2.032 | SERVICES AGREEMENT | 739 Days | | PROCARE HR CORPORATION II | 401 N 3RD STREET | SUITE 600 | | MINNEAPOLIS | MN | 55401 | |
| 2.033 | AMENDMENT TO PROVISTA GPO PARTICIPATION AGREEMENT | 484 Days | | PROVISTA, INC. | 250 E JOHN CARPENTER FWY | SUITE 110 | | IRVING | TX | 75062-2820 | |
| 2.034 | ADDENDUM TO PROVIDER SERVICES AGREEMENT | Undetermined | | RICHTER LTPAC PERFORMACE ADVISORS | 8948 CANYON FALLS BLVD #400 | | | TWINSBURG | OH | 44087 | |
| 2.035 | SERVICE AGREEMENT | Undetermined | | RITCHER & ASSOCIATES | 8948 CANYON FALLS BLVD. | | | TWINSBURG | OH | 44087 | |
| 2.036 | RETENTION AGREEMENT | Undetermined | | ROB JOUBERT | ADDRESS ON FILE | | | | | | |
| 2.037 | AGREEMENT | Undetermined | | SALESFORCE TOWER | 415 MISSION STREET | 3RD FLOOR | | SAN FRANCISCO | CA | 94105 | |
| 2.038 | CONTROL AGREEMENT | Undetermined | | SLOAN BENTLEY | ADDRESS ON FILE | | | | | | |
| 2.039 | RETENTION AGREEMENT | Undetermined | | SLOAN BENTLEY | ADDRESS ON FILE | | | | | | |
| 2.040 | EMPLOYMENT AGREEMENT | Undetermined | | SLOAN BENTLEY | ADDRESS ON FILE | | | | IL | | |
| 2.041 | SERVICES AGREEMENT | Undetermined | | SMITH, HEMMESCH, BURKE & KACZYNSKI | 10 SOUTH LASALLE ST | | | CHICAGO | IL | 60603 | |
| 2.042 | PURCHASE AND PROGRAMMING AGREEMENT | 513 Days | | STELLAR PRIVATE CABLE SYSTEMS, INC. DBA SEBTRICS | 975 E. TALLMADGE AVE | | | AKRON | OH | 44310 | |
| 2.043 | RETENTION AGREEMENT | Undetermined | | TERRI BLACK | ADDRESS ON FILE | | | | | | |
| 2.044 | AGREEMENT | Undetermined | | THOMAS MANAGEMENT LLC DBA THOMAS CUISINE | 700 FRANKLIN ROAD | | | MERIDIAN | ID | 83642 | |
| 2.045 | SOFTWARE SERVICES AGREEMENT | Undetermined | | THOMSON RUETERS | 311 S WACKER DRIVE, SUITE 1200 | | | CHICAGO | IL | 60606 | |
| 2.046 | DURABLE MEDICAL EQUIPMENT AGREEMENT | 184 Days | | UNLIMITED ADVACARE SYSTEMS, INC. | ATTN: LARRY FELDMAN | 2939 NORTH PULASKI ROAD | | CHICAGO | IL | 60641 | |
| 2.047 | SERVICE ORDER FORM TO THE US SERVICES AGREEMENT | Undetermined | | VERIZON BUSINESS NETWORK SERVICES LLC | PO BOX 15043 | PO BOX 15043 | | ALBANY | NY | 12212 | |
| 2.048 | SERVICES AGREEMENT | Undetermined | | VERIZON BUSINESS NETWORK SERVICES LLC | ONE VERIZON WAY | | | BASKING RIDGE | NJ | 07920 | |
| 2.049 | WASTE MANAGEMENT AGREEMENT | 789 Days | | WASTE MANAGEMENT OF ILLINOIS, INC. | 720 BUTTERFIELD RD | SUITE 400 | | LOMBARD | IL | 60148 | |

| Fill in this information to identify the case: |
|---|
| Debtor name: Lutheran Life Communities |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number: 25-01709 |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |